UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 2:18-cr-37-FtM-99MRM

JASON E. BYINGTON
_____

**PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to one count of distribution of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), and one count of possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

The United States moves, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for a Gateway Laptop Computer, model number P5WSO, serial number LXWYYAA001206114331601.

The United States has established the required connection between the crimes of conviction and the asset described above. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's plea agreement (Doc. 32 at 12), this order of forfeiture is final at the time it is entered.

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

**DONE and ORDERED** in Fort Myers, Florida, this 3rd day of July, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record