UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 2:18-cr-37-FtM-99MRM

JASON E. BYINGTON
_____

**FINAL ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a Gateway Laptop Computer, model number P5WSO, serial number LXWYYAA001206114331601, which was the subject of a preliminary order of forfeiture (Doc. 41) entered on July 3, 2018.

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from July 6, 2018 through August 4, 2018, the United States published at www.forfeiture.gov notice of the forfeiture and of the intent to dispose of the computer. (Doc. 43). The publication notified each interested third-party to file a petition to adjudicate their interest within sixty days of the first day of publication and with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Fort Myers, Florida 33901.

In accord with 21 U.S.C. § 853(n), the United States properly noticed those known to have a potential interest in the computer. Other than the Defendant, whose interest was previously forfeited to the United States, no other person filed a petition or claimed an interest in the computer and the time for filing such petition has expired.

Accordingly, it is **ORDERED** that the United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all rights,

title, and interest in the computer is CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the computer now vests in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 18th day of September, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record